IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JACQUELINE RAMIREZ,            )
                               )
            Plaintiff,         )
                               )
    v.                         )    No. 07 C 471
                               )
EXPERIAN INFORMATION SOLUTIONS,)
INC.,                          )
                               )
            Defendant.         )

MEMORANDUM ORDER

Experian Information Solutions, Inc. ("Experian") has filed its Answer and Affirmative Defenses to the Complaint brought against it by Jacqueline Ramirez. This memorandum order is issued sua sponte to address one problematic aspect of that responsive pleading.

Answer ¶¶5 through 10, 12 and 17-18 disclaim the existence of information sufficient for Experian to form a belief as to the truth of the corresponding allegations in the Complaint, as permitted by the second sentence of Fed. R. Civ. P. 8(b). But with such information lacking, how then can Experian <u>deny</u> the allegations of Complaint ¶¶19 and 20? This Court accordingly strikes Answer ¶¶19 and 20, with leave of course granted to Experian to file amended answers to those two paragraphs (<u>not</u> a full-blown amended Answer) on or before February 23, 2007.

_____
Milton I. Shadur
Senior United States District Judge

Date:  February 13, 2007